IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEREMY BOWMAN, #251184, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv401-WHA |
| | ) |
| KIM THOMAS, et al., | )             (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

No objection having been made to the Recommendation of the Magistrate Judge (Doc. #12), entered on October 11, 2011, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court and to prosecute this action.

DONE this 8th day of November, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE